## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **EXPERIAN MARKETING SOLUTIONS,** Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>**U.S. DATA CORPORATION,** a Nevada corporation, and **JEFF HERDZINA,**<br><br>Defendants. | 8:09CV24<br><br>ORDER |

The court has reviewed the Report of Parties' Planning Conference (Doc. 25). Counsel advise that they have discussed the court's Mediation Plan with their clients, and mediation will be appropriate in this case at some point. The parties request that the court delay entering an initial progression order for 45 days to facilitate immediate negotiations or mediation.

**IT IS ORDERED:**

1.  **Mandatory Disclosures** described in Fed. R. Civ. P. 26(a)(1) shall be served by **April 22, 2009**.

2.  The court will delay entering an initial progression order, to facilitate immediate negotiations or mediation. Counsel shall file a joint status report no later than **June 1, 2009**, regarding the progress of their settlement discussions.

**DATED April 10, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**