# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **EXPERIAN MARKETING SOLUTIONS, INC.** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **U.S. DATA CORPORATION and** ) <br> **JEFF HERDZINA,** ) <br> ) <br> **Defendants.** ) | **CASE NO. 8:09-cv-24** <br><br> **ORDER** |

This matter is before the court on plaintiff's Motion for leave to amend the complaint and add Experian Information Solutions, Inc. as a plaintiff. Upon the representation that the motion is unopposed,

Pursuant to NECivR 15.1 and Fed. R. Civ. P. 15(a),

**IT IS ORDERED** that the motion (Doc. 38) is granted. Plaintiff shall file and serve the Amended Complaint no later than June 23, 2009. Adverse parties shall respond within the time allowed by Fed. R. Civ. P. 15(a).

**DATED June 16, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**