## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **EXPERIAN MARKETING SOLUTIONS, INC., a Delaware Corporation, and EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation,** | ) ) ) ) ) | **CASE NO.: 8:09CV24** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **U.S. DATA CORPORATION, a Neveda Corporation, and JEFF HERDZINA,** | ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Plaintiffs' Unopposed Motion to Extend Time to File a Response (Filing No. 45).  In their Motion, the Plaintiffs request that the Court grant them an extension until July 27, 2009, to file a brief in response to the Defendants' Motion to Dismiss (Filing No. 43).  The Plaintiffs report that they have been in communication with defense counsel, and the Defendants have no objection to the pending motion.

The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED:

1.     The Plaintiffs' Unopposed Motion to Extend Time to File a Response (Filing No. 45) is granted; and

2.     The Plaintiffs are ordered to respond to the Defendants' Motion to Dismiss (Filing No. 43) on or before July 27, 2009.

Dated this 27th day of July, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge