IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **EXPERIAN MARKETING SOLUTIONS, INC.**, a Delaware Corporation, and **EXPERIAN INFORMATION SOLUTIONS, INC.**, an Ohio Corporation, | ) ) ) ) ) ) | CASE NO.: 8:09CV24 |
| **Plaintiffs,** | ) ) | |
| vs. | ) ) | ORDER |
| **U.S. DATA CORPORATION**, a Nevada Corporation, and **JEFF HERDZINA**, | ) ) ) ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Defendants' Unopposed Motion to Extend (Filing No. 48). In their Motion, the Defendants request that the Court grant them an extension until August 10, 2009, to file their reply brief in support of their Motion to Dismiss (Filing No. 43). The Defendants report that they have been in communication with Plaintiffs' counsel, and the Plaintiffs have no objection to the pending motion.

The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The Defendants' Unopposed Motion to Extend (Filing No. 48) is granted;

2. The Defendants are ordered to file their reply brief in support of their Motion to Dismiss (Filing No. 43) on or before August 10, 2009; and

3. The Motion to Dismiss (Filing No. 43) will be ripe for decision on August 11, 2009.

Dated this 5th day of August, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge