# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EXPERIAN MARKETING SOLUTIONS, INC., and EXPERIAN INFORMATION SOLUTIONS, INC., )<br><br>Plaintiffs, )<br><br>vs. )<br><br>U.S. DATA CORPORATION and JEFF HERDZINA, )<br><br>Defendants. ) | 8:09CV24<br><br>ORDER |

This matter came before the court for a telephonic Rule 16 planning conference. Carrie Hall and Richard Jeffries represented the plaintiffs. Patrick Brookhouser represented defendants U.S. Data and Jeff Herdzina. Jill Ackerman and Peter Aufrichtig represented third-party defendants Micah Raskin and List Service Direct. Following discussion regarding the progression of the case,

**IT IS ORDERED:**

1. All progression deadlines are stayed until further order.

2. The Rule 16 conference is continued to **March 22, 2010 at 11:00 A.M.,** by telephone call initiated by plaintiffs' counsel.

Dated this 25th day of January 2010.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge