IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| EXPERIAN MARKETING SOLUTIONS, INC., and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DATA CORPORATION and JEFF HERDZINA,<br><br>Defendants.<br><br>v.<br><br>LIST SERVICE, DIRECT, INC., a New Jersey corporation, and MICHAH ARIE RASKIN,<br><br>Third-Party Defendants. | CASE NO. 8:09-cv-24<br><br>**ORDER** |

    This matter comes before the Court on the unopposed Motion (Doc. 99) of Experian Marketing Solutions, Inc. and Experian Information Solutions, Inc. for an extension of time to respond to Doc. 92, Third Party Defendants' Motion to Stay. On the representation that the action as between Plaintiffs and Defendants has been settled, and that the parties do not object to this Motion, the Court finds the Motion should be granted.

    IT IS THEREFORE ORDERED that Experian's Motion for Extension of Time (Doc. 99) is GRANTED. The deadline to respond to Third-Party Defendant's Motion to Stay (Doc. 92) is extended 14 days, or until April 20, 2010.

    DATED April 7, 2010.

                                                     BY THE COURT:

                                                   s/ F.A. Gossett
                                                   United States Magistrate Judge