IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EXPERIAN MARKETING SOLUTIONS, INC., and EXPERIAN INFORMATION SOLUTIONS, INC., <br><br>        Plaintiffs, <br><br>        v. <br><br>U.S. DATA CORPORATION and JEFF HERDZINA, <br><br>        Defendants, <br><br>        v. <br><br>LIST SERVICE, DIRECT, INC., a New Jersey corporation, and MICAH ARIE RASKIN, <br><br>        Third-Party Defendants. | CASE NO. 8:09CV24 <br><br><br><br>ORDER |

This matter is before the Court on the Joint Stipulation for Dismissal (Filing No. 106) filed by Plaintiffs Experian Marketing Solutions, Inc. and Experian Information Solutions, Inc., and Defendants U.S. Data Corporation and Jeff Herdzina.  The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved.  The parties will bear their own costs and attorney fees.  Accordingly,

    IT IS ORDERED:

    1.    The parties' Joint Stipulation for Dismissal (Filing No. 106) is approved;

    2.    All claims asserted by Plaintiffs Experian Marketing Solutions, Inc. and Experian Information Solutions, Inc. against Defendants U.S. Data Corporation and Jeff Herdzina, are dismissed with prejudice; and

3.      Each party will pay its own costs and attorney fees.

DATED this 3rd day of June, 2010.

                                          BY THE COURT:

                                          s/Laurie Smith Camp  
                                          United States District Judge